UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

Docket No.: _____

JASON BECKERMAN,

          Plaintiff,

COMPLAINT

**TRIAL BY JURY DEMANDED**

    -against-

GLEN EISENBERG,

          Defendant.

------------------------------------------------------------------------X

The Plaintiff, **JASON BECKERMAN**, by his attorneys, **THE PARIS LAW GROUP, P.C.**, complaining of the Defendant, **GLEN EISENBERG**, respectfully shows to this court and alleges as follows:

### AS AND FOR A FIRST CAUSE OF ACTION

1. That the plaintiff, **JASON BECKERMAN**, is a resident of the State of New Jersey.

2. That the defendant, **GLEN EISENBERG**, is a resident of the State of New York.

3. Venue is based upon the tortious conduct and violations of rights at issue having occurred in the County of Rockland, New York.

4. This action arises pursuant to 28 U.S.C. § 1332 in civil disputes based on diversity of citizenship.

5. That on January 28, 2025, the defendant, **GLEN EISENBERG,** assaulted the plaintiff, **JASON BECKERMAN**, at 11 Kopac Lane, County of Rockland, Palisades, New York (the "Premises").

6. That on January 28, 2025, the defendant, **GLEN EISENBERG,** while being at the aforementioned Premises, violently, intentionally and without provocation or

consent assaulted and battered the plaintiff, **JASON BECKERMAN.**

7.    That on January 28, 2025, the plaintiff, **JASON BECKERMAN,** was caused to be intentionally, wrongfully, willfully, and maliciously, physically detained, assaulted, beaten by the defendant, **GLEN EISENBERG**, which caused the plaintiff to sustain severe and permanent injuries.

8.    That on January 28, 2025, the defendant, **GLEN EISENBERG**, intended to inflict severe and permanent injuries upon plaintiff, **JASON BECKERMAN**.

9.    That on January 28, 2025, the defendant, **GLEN EISENBERG**, committed a criminal act as defined in the New York State Penal Law and Executive Law on the person of plaintiff, **JASON BECKERMAN**, when he assaulted and struck the plaintiff, **JASON BECKERMAN** with the intention of inflicting serious and permanent injuries.

10.    Upon information and belief, the defendant, **GLEN EISENBERG,** acted intentionally in committing this assault and without the plaintiff in any way contributing thereto.

11.    That by reason of the foregoing and the intentional acts of the defendant, the plaintiff, **JASON BECKERMAN**, was caused to sustain serious injuries and to have suffered pain, shock and mental anguish; that these injuries and their effects will be permanent; and as a result of said injuries Plaintiff has been caused to incur, and will continue to incur, expenses for medical care and attention; and, as a further result, plaintiff has, and will continue to suffer from the injuries and damages sustained as a result of the assault..

12.    That by reason of the foregoing and the intentional acts of the defendant, the plaintiff, **JASON BECKERMAN**, has been caused to incur, and will continue to incur, expenses for medical care and attention.

13.     That by reason of the foregoing, the plaintiff, **JASON BECKERMAN**, will suffer permanent pain and restrictions, and has sustained permanent disfigurement.

14.     That as a result of the foregoing, the plaintiff, **JASON BECKERMAN**, sustained damages in the sum of TEN MILLION ($10,000,000.00) DOLLARS.

## AS FOR A SECOND CAUSE OF ACTION

15.     The plaintiff, **JASON BECKERMAN,** repeats, reiterates and realleges each and every allegation contained "1 through 14" herein as though same more fully set forth at length herein.

16.     As a result of the aforementioned assault, battery and intentional acts of the defendant, **GLEN EISENBERG**, the plaintiff is seeking punitive damages in the amount of TEN MILLION ($10,000,000.00) DOLLARS.

**WHEREFORE**, the plaintiff, **JASON BECKERMAN**, demands judgment against the defendant, **GLEN EISENBERG**, in the sum of TEN MILLION ($10,000,000.00) DOLLARS in the First Cause of Action and the sum of TEN MILLION ($10,000,000.00) DOLLARS in the Second Cause of Action, all together with the costs and disbursements of this action.

Dated:      New York, New York
            January 13, 2026

*Jason L. Paris*
_____
By: JASON L. PARIS, ESQ.
THE PARIS LAW GROUP, P.C.
Attorneys for Plaintiff
JASON BECKERMAN
60 East 42nd Street, Suite 4000
New York, NY 10165
212-970-8754

**ATTORNEY'S VERIFICATION**

**JASON L. PARIS**, an attorney duly admitted to practice before the Courts of the State of New York, affirms the following to be true under the penalties of perjury: I am a member at **THE PARIS LAW GROUP, P.C.**, attorneys of record for Plaintiff. I have read the annexed **SUMMONS AND COMPLAINT** and know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters, I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon facts, records, and other pertinent information contained in my files.

The reason this verification is made by me and not Plaintiff is that Plaintiff does not reside in the county wherein the attorneys for the plaintiff maintain their offices.

Dated:        New York, New York
              January 13, 2026

*Jason L. Paris*
_____
        JASON L. PARIS, ESQ.