**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2026

**JASON BECKERMAN,**

                                    **Plaintiff,**                          **26-CV-00280 (VSB)(SN)**

                    -against-                                               **ORDER**

**GLEN EISENBERG,**

                                    **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff filed a complaint on January 13, 2026. ECF No. 1. Electronic summons was issued on January 21, 2026. ECF No. 7. To date, Defendant has not appeared in this action or responded to the complaint. By no later than Monday, April 27, 2026, Plaintiff is ORDERED to file a letter indicating whether Plaintiff has served Defendant, whether Plaintiff has had any contact with Defendant, and whether Plaintiff intends to seek a Certificate of Default from the Clerk of Court and move for a default judgment against Defendant.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       April 21, 2026
             New York, New York