**PEIRCE & SALVATO PLLC**
ATTORNEYS AT LAW
8 COTTAGE PLACE
WHITE PLAINS, NEW YORK 10601
(914) 946-8200

ROBERT A. PEIRCE
RICHARD A. SALVATO*
MARC A. ROUSSEAU*
MATTHEW D. PFALZER***
KELLY M. ZIC
JEFFREY T. BEAUCHESNE
JENNIFER M. LANNI**
DANIEL T. HUGHES*
ROLAND T. KOKE
ANNE P. EDELMAN
BREANNA C. KROMER****
ROBERT C. KEIDEL
SAMUEL N. DODOO***
BRENDAN C. DAUSCHER*
NICHOLAS M. BEHR
KARIN ARROSPIDE
JASON R. SKLAR*
ANDY NUNEZ***

CONNECTICUT OFFICE
500 West Putnam Avenue, Suite 400
Greenwich, Connecticut 06830

OHIO OFFICE
159 Crocker Park Boulevard, Suite 429
Westlake, Ohio 44145

PENNSYLVANIA OFFICE
900 State Street, Suite 300
Erie, Pennsylvania 16501

MAIL TO WHITE PLAINS ADDRESS ONLY

EMILY M. LANTHIER*
ALESSANDRA L. CORTINA
PHOEBE C. NELSON****
ALEXANDRA J. BUXBAUM
SHIYUN CHEN
ANGELIQUE A. PESCE
BENJAMIN L. ZEPNICK
BREA A. LEWITAS
LISA M. LAHRMER***
TAYLOR W. VANCE
FRAN L. SOARES*
TSEDEY A. TEDLA*
JUSTINE F. PRIETO*
* Admitted in Connecticut
** Admitted in New Jersey
*** Admitted in Ohio
**** Admitted in Pennsylvania

September 16, 2026

United States District Court
Chambers Of Hon. Kenneth M. Karas
United States Courthouse
300 Quarropas Street
White Plains, Ny 10601-4150

| | | | |
|---|---|---|---|
| RE: | CASE NO. | - | 7:26-cv-00280-KMK-JCM |
| | CAPTION | - | Beckerman v. Eisenberg |
| | DATE OF LOSS | - | 1/28/2025 |
| | CLAIM NO. | - | 52-82F3-43L |

Dear Hon. Judge Karas:

We represent the defendant in the above matter. As you may know, Mr. Eisenberg's insurance carrier, State Farm, has commenced a declaratory judgment action against him seeking a ruling that this incident is not covered under his policy. [Case No. 7:26-cv-04515-KMK]

Mr. Eisenberg has just advised that he is in the process of retaining new counsel to defend him in this matter. As this firm was assigned to this matter by his insurance carrier, State Farm is reviewing his request.

Given the foregoing, we would respectfully request that the initial conference, scheduled for September 21, 2026, be adjourned 30 days to permit State Farm to address the request, and new counsel to appear as appropriate.

This is the first time defendant has requested an adjournment of this conference. An initial conference, scheduled for June 23, 2026, did not proceed because Magistrate Judge Sarah Netburn transferred the matter to the White Plains Courthouse, as the declaratory judgment action is also pending there and is also assigned to Your Honor.

We have conferred with plaintiff's counsel, who has consented to this request for adjournment.

Thank you for your courtesy in this matter.

Granted. The 9/21/26 conference is adjourned to 10/ 27 /26, at 10:30 via teleconference
So Ordered.

9/16/26

Very truly yours,

Roland T. Koke